# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3727
_____

TIMOTHY L. MALDEN,

Appellant,

v.

CHASE HOME FINANCE LLC,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Virginia Baker Norton, Judge.

January 11, 2018

PER CURIAM.

DISMISSED.

ROBERTS, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Timothy L. Malden, pro se, Appellant.

Elliot B. Kula, W. Aaron Daniel, and William D. Mueller of Kula & Associates, P.A., Miami, for Appellee.